| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | RECEIVED MAR 31 2008 | DOCKET NUMBER *(Tran. Court)* 3:04CR75-01/RV |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Richard Angelo Zucco a/k/a Rich Zucco | DISTRICT U.S. PROBATION OFFICE CHICAGO, ILLINOIS Florida Northern | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/14/08 — TO 03/13/11 |

DOCKETED APR 16 2008

| OFFENSE Escape, 18 U.S.C. §§ 751(a) and 4082(a) | 08CR 299 | JUDGE SHADUR |
|---|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA          **MAGISTRATE JUDGE VALDEZ**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/08
Date

*signature*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 14 2008
Effective Date

*James F. Holderman*
United States District Judge

FILED
APR 14 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY *EDuff*
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 4-17-08